SCANNED

Exhibit #1

Subj: **name change**
Date: 2/11/02 9:18:44 PM !!!First Boot!!!
From: Adams@cumberlandcounty.org
To: Nanookthuphantom@aol.com
Sent from the Internet (Details)

TO: Phillip Morris NaPier

RE: Name Change
 Docket # 2001-932

Dear Mr. NaPier,

   As you requested, this message is to confirm that Judge William Childs of this court has signed your petition for change of name to " Phillip Morris NaPier - Thu People's Hero ", as of February 8, 2002.

   We will be glad to mail the official finished paperwork to your Portland Post Office Box number if you wish, or hold it in this office for your convenience if you will be in town. Please let us know what you might prefer.

   I hope this news finds you busy and well this wintry season.

Sincerely,
Herbert Adams
Register of Probate
Cumberland County
Maine

bfa
Mon
dbh06cv151-1

Wednesday, February 13, 2002    America Online: NANOOKTHUPHANTOM